

# NUMBERS 13-22-00212-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

**CASEY RAINES,** **Appellant,**

**v.**

**THE STATE OF TEXAS,** **Appellee.**

## On appeal from the 347th District Court
## of Nueces County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Tijerina
Memorandum Opinion by Chief Justice Contreras**

Appellant filed a notice of appeal attempting to appeal an order entered in trial court cause number 21FC-4726-H. We dismiss the appeal for want of jurisdiction.

Upon review of the documents filed, the trial court has certified that this "is a plea-bargain case, and the defendant has NO right of appeal" without permission of the Court. *See* TEX. R. APP. P. 25.2(a)(2). On May 20, 2022, the Court ordered appellant's counsel

to review the record and determine whether appellant had a right to appeal. In response, appellant's counsel filed a letter indicating appellant plead guilty and waived his right to appeal. Appellant's counsel also indicated appellant was provided admonishments before signing the "appeal certification" and entering the plea, and no matters were raised by written motion filed prior to the plea. Finally, appellant's counsel indicated that, based on communications with appellant, he did not actually want to appeal his plea.

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. TEX. R. APP. P. 25.2(d); *see* TEX. R. APP. P. 37.1, 44.3, 44.4. Accordingly, this appeal is dismissed for want of jurisdiction.

DORI CONTRERAS
Chief Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
23rd day of June, 2022.